**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:  STEPHANIE KAY ADAMS APPIAH                §                Case No.: 10-35735
                                                  §
                                                  §
        Debtor(s)                                 §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/10/2010.

2) This case was confirmed on 10/28/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/28/2010, 10/28/2010, 09/08/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/13/2011, 09/26/2011.

5) The case was converted on 11/02/2011.

6) Number of months from filing to the last payment:  14

7) Number of months case was pending:  15

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    35,607.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 14,021.66 |
| Less amount refunded to debtor | $ | 4.61 |
| **NET RECEIPTS** | $ | 14,017.05 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 3,500.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 917.65 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 4,417.65 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITY OF CHICAGO DEPT | UNSECURED | 750.00 | 3,144.77 | 3,144.77 | .00 | .00 |
| AMERICAS SERVICING C | OTHER | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | NA | 348.37 | 348.37 | .00 | .00 |
| AMERICAS SERVICING C | SECURED | 203,000.00 | 243,816.76 | .00 | .00 | .00 |
| AMERICAS SERVICING C | SECURED | 6,200.00 | 6,261.54 | 3,548.29 | 3,548.29 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 300.00 | 920.56 | 920.56 | .00 | .00 |
| GREAT AMERICAN FINAN | SECURED | 300.00 | 400.00 | 300.00 | 234.13 | 4.72 |
| GREAT AMERICAN FINAN | UNSECURED | 900.00 | 690.00 | 790.00 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 4,400.00 | 9,406.04 | 9,406.04 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 6,600.00 | 6,662.55 | 6,662.55 | .00 | .00 |
| AMERICAS SERVICING C | UNSECURED | 42,500.00 | NA | NA | .00 | .00 |
| AMERICAS SERVICING | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAS SERVICING | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE | SECURED | 92,400.00 | .00 | .00 | .00 | .00 |
| CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN MORT | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | 800.00 | 1,428.54 | 800.00 | 254.97 | 55.86 |
| CITY OF CHICAGO WATE | SECURED | 2,000.00 | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | SECURED | 15,900.00 | 12,845.36 | 12,845.36 | 4,690.29 | 627.67 |
| INTERNAL REVENUE SER | SECURED | 200.00 | .00 | 200.00 | 178.33 | 5.14 |
| INTERNAL REVENUE SER | UNSECURED | 200.00 | 2,296.69 | 2,296.69 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 11,700.00 | 9,848.71 | 9,848.71 | .00 | .00 |
| THREE CIRCLES SCHOOL | UNSECURED | 1,100.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICA ONLINE | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| AMERICA ONLINE | OTHER | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN MTG | OTHER | .00 | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 1,300.00 | 1,224.33 | 1,224.33 | .00 | .00 |
| CITY OF CHICAGO | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO BURE | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 2,200.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO BURE | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 4,700.00 | .00 | 4,769.22 | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| CREDIT ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CREDIT ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| DANBURY MINT | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| THE DANBURY MINT | OTHER | .00 | NA | NA | .00 | .00 |
| DIRECT TV | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| DISH NETWORK | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| DISH NETWORK | OTHER | .00 | NA | NA | .00 | .00 |
| DISH NETWORK | OTHER | .00 | NA | NA | .00 | .00 |
| EQUIFAX | OTHER | .00 | NA | NA | .00 | .00 |
| EXPERIAN | OTHER | .00 | NA | NA | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| FAST CASH ADVANCE IN | OTHER | .00 | NA | NA | .00 | .00 |
| FFCC COLUMBUS INC | UNSECURED | 1,200.00 | 1,080.00 | 1,080.00 | .00 | .00 |
| FIRST BANK OF DELAWA | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| FIRST BANK OF DELAWA | OTHER | .00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 350.00 | 304.38 | 304.38 | .00 | .00 |
| FIRST PREMIER BANK | OTHER | .00 | NA | NA | .00 | .00 |
| GEVALIA KAFFE | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| GFG LOAN CO | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| GFG LOAN CO | OTHER | .00 | NA | NA | .00 | .00 |
| GFG LOAN CO | OTHER | .00 | NA | NA | .00 | .00 |
| GINNYS | UNSECURED | 1,000.00 | 968.37 | 968.37 | .00 | .00 |
| GT DIRECT INC | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTIONS | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTIONS | UNSECURED | 70.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ILLINOIS COLLECTIONS | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| JK HARRIS & CO | UNSECURED | 2,000.00 | NA | NA | .00 | .00 |
| JK HARRIS & CO | OTHER | .00 | NA | NA | .00 | .00 |
| JK HARRIS & CO | OTHER | .00 | NA | NA | .00 | .00 |
| JK HARRIS & CO | OTHER | .00 | NA | NA | .00 | .00 |
| JK HARRIS & CO | OTHER | .00 | NA | NA | .00 | .00 |
| LAKEVIEW ORAL & MAXI | UNSECURED | 1,100.00 | NA | NA | .00 | .00 |
| MERCURY FINANCE | UNSECURED | 4,700.00 | NA | NA | .00 | .00 |
| MERCURY FINANCE | OTHER | .00 | NA | NA | .00 | .00 |
| MERCURY FINANCE | OTHER | .00 | NA | NA | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 1,700.00 | 1,564.55 | 1,564.55 | .00 | .00 |
| MIDNIGHT VELVET | OTHER | .00 | NA | NA | .00 | .00 |
| MONROE & MAIN | UNSECURED | 500.00 | 458.73 | 458.73 | .00 | .00 |
| NORTHSIDE COMM FUC | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 3,300.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | OTHER | .00 | NA | NA | .00 | .00 |
| OREILLY STORE/XPRESS | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| XPRESS CHECK | OTHER | .00 | NA | NA | .00 | .00 |
| PAYDAY LOAN YES | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| PAY DAY LOAN YES | OTHER | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS | OTHER | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,900.00 | NA | NA | .00 | .00 |
| TOTAL CARD | UNSECURED | 500.00 | 495.88 | 495.88 | .00 | .00 |
| PLAINS COMMERCE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 1,400.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| SAFEWAY STORES INC | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| SANTANDER CONSUMER U | UNSECURED | 7,600.00 | NA | NA | .00 | .00 |
| SANTANDER CONSUMER U | OTHER | .00 | NA | NA | .00 | .00 |
| SARAH A SHELDON | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 1,400.00 | 1,269.90 | 1,269.90 | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 2,100.00 | 1,952.37 | 1,952.37 | .00 | .00 |
| SPRINT | OTHER | .00 | NA | NA | .00 | .00 |
| SPRINT | OTHER | .00 | NA | NA | .00 | .00 |
| TARGET CORPORATION | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | OTHER | .00 | NA | NA | .00 | .00 |
| TJ MAXX | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| TJ MAXX | OTHER | .00 | NA | NA | .00 | .00 |
| TJ MAXX | OTHER | .00 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| T MOBILE | OTHER | .00 | NA | NA | .00 | .00 |
| TRANS UNION | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| US CELLULAR | UNSECURED | 1,200.00 | NA | NA | .00 | .00 |
| US CELLULAR | OTHER | .00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 1,700.00 | .00 | 1,285.54 | .00 | .00 |
| VERIZON WIRELESS | OTHER | .00 | NA | NA | .00 | .00 |
| VERIZON WIRLESS | OTHER | .00 | NA | NA | .00 | .00 |
| WALMART | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | OTHER | .00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| Z TEL COMMUNICATIONS | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| ZTEL COMMUNICATIONS | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | NA | 817.14 | 817.14 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 564.91 | 564.91 | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | .00 | .00 | 391.25 | .00 | .00 |
| DIRECT CHARGE | UNSECURED | NA | 169.62 | 169.62 | .00 | .00 |
| DURDY LOOKS | UNSECURED | NA | 207.38 | 207.38 | .00 | .00 |
| ASHRO LIFESTYLE | UNSECURED | NA | 528.49 | 528.49 | .00 | .00 |
| DEUTSCHE BANK NATION | OTHER | .00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | OTHER | NA | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | NA | 284.93 | 284.93 | .00 | .00 |
| ILLINOIS BELL TELEPH | UNSECURED | NA | 1,218.08 | 1,218.08 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 3,548.29 | 3,548.29 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 14,145.36 | 5,357.72 | 693.39 |
| **TOTAL SECURED:** | 17,693.65 | 8,906.01 | 693.39 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 9,848.71 | .00 | .00 |
| **TOTAL PRIORITY:** | 9,848.71 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 43,124.05 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,417.65 |
| Disbursements to Creditors | $ | 9,599.40 |
| **TOTAL DISBURSEMENTS:** | $ | 14,017.05 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/16/2011  /s/ Tom Vaughn
　　　　　　　　　　　　　　　　　Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**